FILED
JUN 19 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2066-BTM |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 952 and |
| SARAH LYNN EVANS, ) | 960 – Importation of Marijuana |
| aka Sierra Rose Nathan, ) | (Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 24, 2008, within the Southern District of California, defendant SARAH LYNN EVANS, did knowingly and intentionally import approximately 24.46 kilograms (53.5 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 19, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:kmm:San Diego
6/5/08