1  BENJAMIN P. LECHMAN
   California State Bar Number 185729
2  964 Fifth Ave. #320
   San Diego, California 92101-5008
3  Telephone: (619) 699-5935

4
   Attorney for Defendant Sarah Evans
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                  (HONORABLE BARRY TED MOSKOWITZ)
10

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR2066-BTM (JMA)
                                    )
12              Plaintiff,          )   DATE: February 23, 2004
                                    )   TIME: 2:45 p.m.
13 v.                               )
                                    )   NOTICE OF MOTIONS AND MOTIONS TO:
14 SARAH EVANS,                     )   (1) COMPEL FURTHER DISCOVERY
                                    )
15              Defendant.          )
   _____)

16 TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
         JAMES MELENDRES, ASSISTANT UNITED STATES ATTORNEY:
17
        **PLEASE TAKE NOTICE** that on July 31, 2008, at 2:45 p.m., or as soon thereafter as counsel
18
   may be heard, the defendant, Sarah Evans, by and through her attorney Benjamin P. Lechman, will ask
19
   this Court to issue an order granting the motion listed below.
20
   //
21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27

28

**MOTIONS**

The defendant, Ms. Sarah Evans, by and through her attorney, Benjamin P. Lechman, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1. Compel further discovery.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: July 28, 2008

s/Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Sarah Evans

BENJAMIN P. LECHMAN
California State Bar Number 185729
964 Fifth Ave. #320
San Diego, California 92101-5008
Telephone: (619) 699-5935

Attorney for Defendant Sarah Evans

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> SARAH EVANS, <br>     Defendant. | CASE NO. 08CR2066-BTM (JMA) <br> DATE: July 31, 2008 <br> TIME: 2:45 p.m. <br> STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS |

## I.

## STATEMENT OF FACTS

Ms. Evans hereby incorporates the statement of facts based on the criminal complaint filed by the government in this case charging a violation of 21 U.S.C. sections 841 and 952/960. However, Ms. Evans does not accept this statement of facts as her own, and reserves the right to take a contrary position at motions hearing and trial. The facts alleged in these motions are subject to amplification and/or modification at the time these motions are heard.

The parties anticipate that this case will resolve with a plea (pursuant to a negotiated plea agreement) to the Information filed in this case on June 19, 2008. However, for purposes of the Speedy Trial Act, 18 U.S.C. section 3161 et. seq., the parties have mutually agreed to the filing of the instant motion.

## II.

## MOTION TO COMPEL DISCOVERY

Ms. Evans moves for the production by the government of all discovery required under the United States Constitution, Fed. R. Crim. P. 16, and federal case law interpreting the respective discovery requirements thereunder.

## III.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court grant the above motion.

Respectfully submitted,

Dated: July 23, 2008

s/Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Sarah Evans

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                            )<br>     Plaintiff-Appellee,                       )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>SARAH EVANS,                                    )<br>                                                            )<br>     Defendant-Appellant.                   )<br>_____ ) | U.S.D.C. No. 08CR2066-BTM (JMA)<br><br>PROOF OF SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action and that my business address is 964 Fifth Ave. Ste. 320, San Diego, California, 92101-5008;

2) That I served the within NOTICE OF MOTION AND MOTIONS FOR DISCOVERY AND JOINT MOTION TO CONTINUE by causing to be delivered an one copy thereof to the Office of the Clerk, United States District Court for the Southern District of California, 940 Front Street, San Diego, California, 92101, by posting in the U.S. Mails; and

3) That I caused service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

james.melendres@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2008 at San Diego, California.

                                        s/Benjamin P. Lechman
                                        BENJAMIN P. LECHMAN