BENJAMIN P. LECHMAN
Attorney at Law
California State Bar No. 185729
964 Fifth Avenue, Suite 320
San Diego, CA  92101
Telephone: (619) 699-5935
Facsimile: (619) 699-5936

Attorney for Defendant Sarah Evans

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. 08CR2066-BTM (JMA) |
|           ) | |
| Plaintiff,           ) | DATE: July 31, 2008 |
|           ) | TIME: 2:45 p.m. |
| vs.           ) | |
|           ) | JOINT MOTION TO CONTINUE |
| SARAH EVANS,           ) | <u>MOTION HEARING</u> |
|           ) | |
| Defendant.           ) | |
|           ) | |

Defendant SARAH EVANS ("Evans"), by and through and with the advice and consent of her defense counsel, Benjamin P. Lechman, and with the joint concurrence of Counsel for the government, James Melendres,  MOVES THE COURT TO RE-SET THE PRESENT MOTION HEARING DATE of July 25, 2008 at 1:30 p.m., and continue the motion hearing in this case to August 22, 2008 at 1:30 p.m.. A proposed order granting this continuance motion, prepared for the Court's signature, will be sent to chambers by electronic mail upon request.

Dated: July 23, 2008

Respectfully submitted,

| | |
|---|---|
| s/ Benjamin P. Lechman<br>**BENJAMIN P. LECHMAN**<br>Attorney for Defendant Sarah Evans<br>Email: benlechman@hotmail.com | s/James Melendres<br>**JAMES MELENDRES**<br>Assistant U.S. Attorney<br>James.melendres@usdoj.gov |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff-Appellee, )<br>  )<br>v. )<br>  )<br>SARAH EVANS, )<br>  )<br>    Defendant-Appellant. )<br>_____ ) | U.S.D.C. No. 08CR2066-BTM (JMA)<br><br><u>PROOF OF SERVICE</u> |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action and that my business address is 964 Fifth Ave. Ste. 320, San Diego, California, 92101-5008;

2) That I served the within <u>NOTICE OF MOTION AND MOTIONS FOR DISCOVERY AND JOINT MOTION TO CONTINUE</u> by causing to be delivered an one copy thereof to the Office of the Clerk, United States District Court for the Southern District of California, 940 Front Street, San Diego, California, 92101, by posting in the U.S. Mails; and

3) That I caused service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

james.melendres@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2008 at San Diego, California.

s/Benjamin P. Lechman
BENJAMIN P. LECHMAN