UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2066-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING |
| SARAH EVANS, | ) | |
| Defendant. | ) | |

Upon application of the defendant SARAH EVANS ("Evans"), by and through and with the advice and consent of her defense counsel, Benjamin P. Lechman, and also application of the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and James Melendres, Assistant United States Attorney, for good cause having been shown, that the present motion hearing date of July 25, 2008, be continued.

IT IS ORDERED that the present motion hearing date for Ms. Evans be continued and that the new motion hearing date is set for August 22, 2008, at 1:30 p.m..

SO ORDERED.

DATED: July 24, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge

08CR2066-BTM